# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MORENO, | Case No. 1:22-cv-00851-JLT-EPG-HC |
| Petitioner, | ORDER GRANTING PETITIONER ADDITIONAL TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| v. | |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner Jesse Moreno is a state prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On June 21, 2022, Petitioner filed the instant petition for writ of habeas corpus. (ECF No. 1.) On July 12, 2022, the Court ordered Petitioner to show cause why the petition should not be dismissed as unexhausted. (ECF No. 9.) Thereafter, Petitioner filed a motion to disqualify the undersigned, which was denied.[1] (ECF Nos. 12, 13.) On August 1, 2022, Petitioner moved to stay the proceedings pursuant to Rhines v. Weber, 544 U.S. 269 (2005), while Petitioner exhausts his remedies in state court. (ECF No. 14.) On August 26, 2022, the undersigned issued findings and recommendation to deny the motion to stay and dismiss the petition without prejudice for failure to exhaust state court remedies. (ECF No. 19.) The findings and

---

[1] Petitioner appealed the denial of his motion to disqualify. (ECF No. 15.) On August 17, 2022, the Ninth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 18.)

1

recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendation. In lieu of filing objections, Petitioner filed a notice of appeal on September 6, 2022. (ECF No. 20.) On September 26, 2022, the appeal was dismissed for lack of jurisdiction, and the mandate issued on October 17, 2022. (ECF Nos. 24, 25.)

In the interest of justice, the Court will grant Petitioner additional time to file any objections to the findings and recommendation. Within **THIRTY (30) days** after service of this order, Petitioner may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   **October 18, 2022**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE